```
               UNITED STATES DISTRICT COURT FOR THE
                     DISTRICT OF NEW HAMPSHIRE
```

<u>United States of America</u>

   v.         Criminal No. 05-cr-41-01-JD

<u>Patrick Jones</u>

<u>O R D E R</u>

 The assented to motion to reschedule jury trial (document no. 8) filed by defendant is granted.

 Defendant shall file a waiver of speedy trial rights within 10 days. The court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3131(h)(8)(B)(iv), for the reasons set forth in the motion.

 SO ORDERED.

               /s/ Joseph A. DiClerico, Jr.
               Joseph A. DiClerico, Jr.
               United States District Judge

Date: September 10, 2007

cc: Jessica Brown, Esq.
   Mark Irish, Esq.
   U.S. Marshal
   U.S. Probation